UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN PORTER, Successor-in-Interest to Decedent HANEEFAH NURIDDIN,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; JAMES KAY TERRY, in his individual and official capacity as an employee of the CITY AND COUNTY OF SAN FRANCISCO and DOES 1-50,<br><br>Defendants. | Case No. 4:16-cv-03771 CW<br><br>**[PROPOSED] ORDER AMENDING MINUTE ORDER AND CASE MANAGEMENT ORDER (Dkt 21)**<br><br>**Honorable Judge Claudia Wilken** |

### **[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the Case Management Order (Dkt 21) shall be amended as follows:

Magistrate Judge to conduct a settlement conference which shall be completed by: August 1, 2017

Completion of Fact Discovery: September 5, 2017

Defendant shall file a motion for summary judgment by: October 5, 2017

Further case management conference, and all case-dispositive motions to be heard at 2:30 p.m. on or before: November 7, 2017

Completion of Expert Discovery: November 30, 2017

Dated: May __5__, 2017

_____
HONORABLE JUDGE CLAUDIA WILKEN